**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOYCE JAMES, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-2011L |
| | ) | Honorable Victor J. Wolski |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF JOYCE JAMES**

Defendant hereby moves the Court for an enlargement of time to file its Reply in support Defendant's Motion to Dismiss Plaintiff Joyce James on jurisdictional grounds, or alternatively, for lack of standing. Defendant's Reply is currently due on September 8, 2008 in accordance with this Court's August 29, 2008 Order. Defendant requests an additional 18 days until September 26, 2008 to file the Reply. The August 29, 2008 Order noted that Plaintiff filed a letter and a purported deed for 206 Dozier Lane, Virginia Beach, Virginia in response to Defendant's Motion to Dismiss. Defendant, however, was not formally served with a copy of Plaintiff's response to the motion from Plaintiff. As a courtesy, Judge Wolski's law clerk faxed Plaintiff's letter to undersigned counsel on September 2, 2008. Defendant has not had sufficient time to evaluate Plaintiff's allegations in her response and file its Reply. Defendant has conferred with Plaintiff who does not oppose this motion. For the foregoing reasons, Defendant respectfully requests that this Court grant Defendant's motion for an enlargement of time until September 26, 2008 to file its Reply.

Dated: September 5, 2008

Respectfully submitted,

Ronald J. Tenpas
Assistant Attorney General
Environmental & Natural Resources Division
United States Department of Justice

s// Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3120
Washington, D.C. 20004
Counsel for Defendant
steven.bryant@usdoj.gov
202-305-0424

Of Counsel:
Robert J. Smith
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF JOYCE JAMES** was served this 5th day of September 2008, via overnight courier to Joyce James, 940 Maximus Street, #101, Virginia Beach, Virginia 23451, (757) 428-1798.

s// Steven D. Bryant
STEVEN D. BRYANT